78,977-01,02
03,04

<u>Motion</u>
<u>For Appointment of Counsel</u>

MOTION DENIED
DATE: 10-9-15
BY: P.C.

Now into Court comes <u>Kenneth R. Knowles</u>, The Applicant Through Pro-Se Representation And Respetfully move This Honorable Court To Appoint Counsel (From Travis, County) for Representing The Applicant's <u>Evidentiary Hearing</u>, To The 207th Judicial Court Comal, County, Texas.

Where fore, The Applicant <u>Kenneth R. Knowles</u>, Prays This Honorable Court, will Appoint Counsel To Represent him in Above Action.

Respectfully Submitted
<u>Kenneth R. Knowles</u> - Pro Se
Pack Unit / 1731817
2400 Wallace Pack Rd.
Navasoto, Texas 77868

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk

## ORDER

On This The _____ day of _____, 2015, Come To Be

Considered Applicant's Motion for Appointment

of Counsel and Said Motion is hereby

☐ GRANTED / ☐ DENIED.

Signed And Entered This _____ day of _____,

2015.

_____

JUDGE PRESIDING